```
DUPLICATE

Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602000999
Cashier ID: brobinso
Transaction Date: 10/30/2007
Payer Name: BULLOCK COUNTY CORR FACILITY
------------------------------------
PLRA CIVIL FILING FEE
 For: JAMES SENN
 Case/Party: D-ALM-2-07-CV-000919-001
 Amount:         $3.27
------------------------------------
CHECK
 Check/Money Order Num: 21991
 Amt Tendered:   $3.27
------------------------------------
Total Due:       $3.27
Total Tendered:  $3.27
Change Amt:      $0.00

PAYMENT PER ORDER DATED 10/15/07
```