**COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Willie Cope, Deputy
Pike County Jail
P.O. Box 1147
Troy, AL 36081-1147

2. Article Number
(Transfer from service label)     7006 2760 0005 4873 0485

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Paul Baetto_     ☐ Agent     ☐ Addressee

B. Received by ( Printed Name)     C. Date of Delivery
Jordan Barnette

D. Is delivery address different from item 1?     ☐ Yes
If YES, enter delivery address below:     ☐ No

07cv919
Cmpt + Proc Ord

3. Service Type
☑ Certified Mail     ☐ Express Mail
☐ Registered     ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)     ☐ Yes