| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _(signature)_    ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)    C. Date of Delivery |

Chief Jailer Olivia Pearce
Pike County Jail
P.O. Box 1147
Troy, AL 36081-1147

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

07cv919
Cmp & proord

Service Type
☑ Certified Mail  ☐ Express Mail
☐ Registered  ☑ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7006 2760 0005 4873 0478

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540