IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JAMES S. SENN, | ] |
| PLAINTIFF, | ] |
| -vs- | ] CASE NO. 2:07-CV-919-MHT-(WO) |
| CHIEF JAILER OLIVIA PEARCE, deputy willie cope, | ] |
| DEFENDANTS. | ] |

RECEIVED
2007 DEC -4 A 9: 46
[CLERK]
U.S. DISTRICT COURT
MIDDLE DIST. AL.

PLAINTIFF'S LOG OF ACTIONS
SENT TO THE DEFENDANTS

Plaintiff hereby provides to this court a copy of the following actions sent to the Defendants.

1). (12-03-2007 - REQUEST FOR PRODUCTION OF DOCUMENTS, AND;

2). (12-03-2007 - PLAINTIFF'S FIRST SET OF INTERROGATORIES
    SENT TO THE DEFENDANTS.

Executed this the __3__ day of December, 2007.

X _/s/ James Senn_
JAMES S. SENN,
PLAINTIFF, PRO-SE

-IN LIEU OF A NOTARY PUBLIC-

I hereby certify that I have sent a copy to the United States District court, addressed correcly, postage prepaid.
I further certify that pursuant to: 28 U.S.C., §1746, et. seq, that the foregoing is true and correct under penalty of perjury.

X _/s/ James Senn_
JAMES S. SENN,
PLAINTIFF, PRO-SE

-PAGE 1 of 1-

JAMES S. SENN, PRO-SE
BCCF * # 253389 * DORM - D-2-14-A
POST OFFICE BOX # 5107
UNION SPRINGS, ALABAMA 36089-5107

-LEGAL MAIL-

MONTGOMERY AL 361
03 DEC 2007 PM 1 T

UNITED STATES COURTHOUSE
FOR THE MIDDLE DISTRICT OF ALABAMA
ATTN: CLERK OF THE COURT
POST OFFICE BOX # 711
MONTGOMERY, ALABAMA

36101+0711