IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | | |
|---|---|---|
| JAMES S. SENN, #253 389 | * | |
| Plaintiff, | * | |
| v. | * | 2:07-CV-919-MHT |
| CHIEF JAILER OLIVIA PEARCE, *et al.*, | * | |
| Defendants. | * | |

_____

**ORDER**

For good cause, it is

ORDERED that on or before December 26, 2007 Defendants shall SHOW CAUSE for failing to file their answer and special report on or before December 10, 2007 as directed by order entered October 31, 2007.

The Clerk is DIRECTED to mail a copy of this order to Defendants Cope and Pearce.

Done, this 13th day of December 2007.

    /s/ Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE