| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _(signed)_ ☐ Agent  ☒ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery 12-14 |
| 1.<br>Willie Cope<br>Pike County Jail<br>P O Box 1147<br>Troy, AL 36081-1147 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No |
| Nov 9 19 Show Order!! | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered     ☒ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)      ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7006 2760 0005 4873 8405 |

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540