**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1

Olivia Pearce
Pike County Jail
P O Box 1147
Troy, AL 36081-1147

07cv919 Show *ink* 11

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_    ☒ Agent
                   ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
                                 12-14

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☒ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

Number (label)    7006 2760 0005 4873 8412

102595-02-M-1540