IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

JAMES S. SENN, #253 389         *

    Plaintiff,                   *

    v.                           *         2:07-CV-919-MHT

CHIEF JAILER OLIVIA PEARSON,    *
*et al.*,
    Defendants.                  *

_____

**ORDER ON MOTION**

Upon consideration of Defendants' response to the court's December 13, 2007 order to show cause and request for an extension of time to file their answer and written report, and for good cause shown, it is ORDERED that:

1. Defendants' Motion for Extension of Time (*Doc. No. 14*) is GRANTED; and

2. Defendants are GRANTED an extension, *nunc pro tunc*, from December 10, 2007 to January 17, 2008 to file their answer and written report.

Done, this 20th day of December 2007.

                                          /s/ Charles S. Coody
                                          CHARLES S. COODY
                                          CHIEF UNITED STATES MAGISTRATE JUDGE