IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
Northern DIVISION

James S. Senn, #253389,  )
  )
  Plaintiff,  )
  )
v.  )   CASE NO. 2:07-cv-919-MHT
  )
Chief Jailer Olivia Pearce, et al.,  )
  )
  Defendants,  )

## CONFLICT DISCLOSURE STATEMENT

COMES NOW Willie Cope, a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

- [✓] This party is an individual, or
- [ ] This party is a governmental entity, or
- [ ] There are no entities to be reported, or
- [■] The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| Pike County Sheriff's Department | Employer |

1/22/2008
Date

/s/ N. Gunter Guy, Jr.
(Signature)

N. Gunter Guy, Jr.
(Counsel's Name)

Olivia Pearson and Willie Cope
Counsel for (print names of all parties)

P O Box 2148
Montgomery, AL 36102-2148
Address, City, State Zip Code

334-387-7680
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
__Northern_____ DIVISION

## CERTIFICATE OF SERVICE

I, __N. Gunter Guy, Jr._____, do hereby Certify that a true and correct copy of the foregoing has been furnished by __U.S. Mail_____ (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this __22nd____ day of __January_____ 20__08__ to:

James S. Senn, AIS 253389, ADOC Bullock, Bullock Correctional Facility, PO Box 5107, Union Springs, AL  36089-5107

1/22/2008
Date

/s/ N. Gunter Guy, Jr.
Signature