IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

```
JAMES S. SENN, #253389,         *
     PLAINTIFF,                 *
                                *
        -vs-                    *
                                *  CASE NO. 2:07-CV-919-MHT-(WO)
CHIEF JAILER OLIVIA PEARCE,     *
DEPUTY WILLIE COPE,             *
     DEFENDANTS.                *
```

## NOTICE OF ADDRESS CHANGE

Plaintiff hereby provides to this court and the Defendants a Notice of Address change and as such hereby presents the following:

JAMES S. SENN, PRO-SE
597 - COUNTY ROAD, 4423
BRUNDIDGE, ALABAMA
36010
PH#: (334)-735-3526

Executed this the 21ST day of January, 2008.

Respectfully Submitted,

x _James S. Senn_____
JAMES S. SENN,
PLAINTIFF, PRO-SE

Pursuant to 28 U.S.C., §1746, Plaintiff hereby signs this instant "Notice" under penalty of perjury.

Executed this the 21ST day of January, 2008.

x _James S. Senn_____
JAMES S. SENN,
PLAINTIFF, PRO-SE

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing upon the Defendant's Attorney, by placing same in the U.S. Mail Box postage prepaid, and addressed correctly.

Executed this the 21ST day of January, 2008.

x _James S. Senn_____
JAMES S. SENN,
PLAINTIFF, PRO-SE

JAMES S. SENN, PRO-SE
597 - COUNTY ROAD, 4423
BRUNDIDGE, ALABAMA 36010

MONTGOMERY AL 361
24 JAN 2008 PM 4 L


USA 41

UNITED STATES COURTHOUSE
MIDDLE DISTRICT OF ALABAMA
ATTN: CLERK OF THE COURT
POST OFFICE BOX # 711
MONTGOMERY, ALABAMA

36101+0711   36101