IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JAMES S. SENN, ) | |
| # 253389, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 2:07cv919-MHT |
| ) | (WO) |
| CHIEF JAILER OLIVIA PEARSON, ) | |
| *et al.*, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

The magistrate judge filed a recommendation (Doc. #23) in this case to which no timely objections have been filed. After a review of the recommendation and after an independent and de novo review of the entire record, the court believes that the recommendation should be adopted. Accordingly, it is ORDERED as follows:

(1) The recommendation (Doc. #23) of the magistrate judge is adopted.

(2) This case is dismissed without prejudice due to plaintiff's abandonment of his claims, his failure to comply with the orders of this court, and his failure to prosecute properly this cause of action.

DONE, this the 17th day of March, 2008.

　　　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE