IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JAMES S. SENN, | ) | |
| # 253389, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 2:07cv919-MHT |
| | ) | (WO) |
| CHIEF JAILER OLIVIA PEARSON, | ) | |
| *et al.*, | ) | |
| | ) | |
| Defendant. | ) | |

**JUDGMENT**

In accordance with the prior proceedings, opinions, and orders of the court, it is

ORDERED and ADJUDGED that this action is dismissed without prejudice.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 17th day of March, 2008.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE